Esbenshade et al., Appellants, *v.* Department of Public Instruction.

Argued November 20, 1956. Before JONES, BELL, CHIDSEY and ARNOLD, JJ.

*Robert H. Maurer*, with him *Theodore L. Brubaker*, Solicitor, and *McNees, Wallace & Nurick*, for appellants.

*Elmer T. Bolla,* Deputy Attorney General, with him *Harry L. Rossi,* Deputy Attorney General, and *Herbert B. Cohen,* Attorney General, for appellee.

OPINION PER CURIAM, December 29, 1956:
The order of the Superior Court is affirmed upon the opinion of Ervin, J. reported in 181 Pa. Superior Ct. 232, 124 A. 2d 478.